Continental Illinois National Bank and Trust Company of Chicago, Executor et al. of Henry Edwin Sever, Deceased, Appellee, v. Franklin P. Sever et al. Lewis C. Murtaugh, Trustee, Impleaded with Hannibal-La Grange College, St. Louis University, Appellees, v. Washington University, Appellant.

Gen. No. 43,199.

opinion filed February 6, 1945; released for publication February 20, 1945. Thomas B. Brown and Beach, Fathchild & Scofield, for certain appellants; Bell, Boyd & Marshall, for certain other appellant; Thomas L. Marshall and Samuel M. Mitchell, of counsel; Kirkland, Fleming, Green, Martin & Ellis, for certain appellee; Weymouth Kirkland, Howard Ellis, William H. Symmes and Bartlett S. Marimon, of counsel. Opinion by JUSTICE O'CONNOR. Not to be published in full.